**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Jessica Lyn Moniz, | ) | Case No. 5:24-cv-00403 |
|     *Plaintiff,* | ) | |
| | ) | Glenn T Suddaby |
| v. | ) | United States District Court Judge |
| | ) | |
| Frank Bisignano, | ) | Miroslav Lovric |
| Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration, | ) | |
|     *Defendant*. | ) | |

**STIPULATION FOR ALLOWANCE OF FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**IT IS HEREBY STIPULATED** that Defendant agrees to pay to Plaintiff attorney fees in the amount of $9,126.62, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated:  December 16, 2025

| | |
|---|---|
| Frank Bisignano, | Jessica Lyn Moniz, |
| By His Attorneys, | By Her Attorney, |
| John A. Sarcone III,<br>United States Attorney | |
| /s/ Hugh Dun Rappaport<br>Hugh Dun Rappaport<br>Special Assistant United States Attorney<br>N.D.N.Y. Bar Roll No. 700992<br>Program Litigation 2<br>Social Security Administration<br>Law & Policy<br>Attn: Program Litigation 2<br>6401 Security Boulevard<br>Baltimore MD 21235-6401<br>617-565-2380<br>Email: Hugh.Dun.Rappaport@ssa.gov | /s/ Elizabeth Haungs<br>Elizabeth Haungs<br>Hiller Comerford Injury & Disability Law<br>6000 North Bailey Avenue - Suite 1a<br>Amherst, NY 14226<br>716-564-3288<br>Email: ehaungs@hillercomerford.com |

**SO ORDERED:**

_[signature]_
Glenn T. Suddaby
U.S. District Judge

Dated: December 19, 2025